UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TRUDY A. GREENE )
)
v. ) NO. 2:07-CV-287
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

**O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated October 7, 2008. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for summary judgment, [Doc. 9], be denied, and defendant's motion for summary judgment, [Doc. 11], be granted. The plaintiff has filed objections to this recommendation, [Doc. 14]. After careful and *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the plaintiff's objections are **OVERRULED**, that this Report and

1

Recommendation is **ADOPTED** and **APPROVED**, [Doc. 14], and that the action be **DISMISSED**.

    E N T E R:

                                                                           s/J. RONNIE GREER
                                             UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT